UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| Case No.: | CV 09-4984-PSG (Ex) | Date: | January 19, 2010 |
|---|---|---|---|
| Title: | Farris Hassan v. Bidz.com, Inc. et al. | | |

| Present: The Honorable: | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy K. Hernandez | Not Reported | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

Not Present     Not Present

Proceedings:    **(In Chambers) Order to Show Cause**

    **IT IS HEREBY ORDERED** that counsel for Plaintiff show cause in writing on or before **February 9, 2010**, why this action should not be dismissed for lack of prosecution.

    The Court will consider the filing of the following on or before the above date, as an appropriate response to this Order to Show Cause.

    ☐ Proof of Service of Summons and Complaint by Plaintiff.

    **X** Response to Verified Consolidated Shareholder Derivative Complaint by Defendant(s) *OR* Request for Entry of Default by Plaintiff.

    ☐ Motion for Entry of Default Judgment by Plaintiff *OR* Request to Clerk for Entry of Default Judgment by Plaintiff.

    Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument will not be heard in this matter unless so ordered by the Court. Counsel are advised that failure to respond to this Order to Show Cause, may result in the dismissal of the entire action.

    Counsel are reminded that mandatory chambers copies of all electronically filed documents must be delivered directly to chambers the following business day before Noon. Further, copies must include the E-Filed Notice and/or E-Filed Header. Failure to comply, may result in monetary sanctions.

    ---- : ----

    Initials of Preparer    wkh