GIBSON, DUNN & CRUTCHER LLP
JOEL A. FEUER, SBN 100663
JFeuer@gibsondunn.com
ANDREW J. DEMKO, SBN 247320
ADemko@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

GIBSON, DUNN & CRUTCHER LLP
LINDSEY E. BLENKHORN, SBN 227484
Lblenkhorn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
DAVID ZINBERG, LAWRENCE Y. KONG,
CLAUDIA Y. LIU, LEON KUPERMAN,
PETER G. HANELT, GARRY Y. ITKIN, AND
MAN JIT SINGH

PETILLON HIRAIDE & LOOMIS LLP
MARK T. HIRAIDE, SBN 117868
mhiraide@phlcorplaw.com
21515 Hawthorne Boulevard
Suite 1260
Torrance, California 90503
Telephone: (310) 543-0500
Facsimile: (310) 543-0550

Attorneys for Defendant
BIDZ.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BIDZ.COM, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE NO. CV09-04984-PSG<br><br>**JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BIDZ.COM, INC.'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED DERIVATIVE COMPLAINT**<br><br>[Motion to Dismiss for Failure to Plead Demand Futility; Individual Defendants' Motion to Dismiss; and [Proposed] Orders filed concurrently herewith]<br><br>DATE : April 26, 2010<br>TIME: 1:30 p.m.<br>JUDGE: The Hon. Philip S. Gutierrez<br><br>TRIAL DATE: NONE SET |

Pursuant to Rule 201 of the Federal Rules of Evidence, Defendants Bidz.com, Inc. ("Bidz"), and Individual Defendants David Zinberg, Lawrence Y. Kong, Man Jit Singh, Peter G. Hanelt, Garry Itkin, Claudia Liu and Leon Kuperman (collectively, "Defendants") jointly respectfully request that the Court take judicial notice of the following documents:

| | |
|---|---|
| Exhibit A | Form S-1, Exhibit 3.1 (Articles of Incorporation) Filed March 17, 2006 |
| Exhibit B | Public Company Accounting Oversight Board's ("PCAOB") Inspection Report on Stonefield Josephson LLC (March 14, 2007) |
| Exhibit C | Form Def 14A (Proxy Statement (definitive)) Filed April 30, 2007) |
| Exhibit D | Form 10-K (Annual Report) Filed February 25, 2009 |
| Exhibit E | PCAOB Inspection Report on Deloitte & Touche (June 14, 2007) |
| Exhibit F | PCAOB Inspection Report on PriceWaterhouseCooper (October 18, 2007) |
| Exhibit G | PCAOB Inspection Report on Ernst & Young (May 2, 2007) |
| Exhibit H | PCAOB Inspection Report on KPMG (July 26, 2007) |
| Exhibit I | Form 10-Q (Quarterly Report) Filed 11/13/07 for the Period Ending 09/30/07 |
| Exhibit J | Form 10-K (Annual Report) Filed 03/12/08 for the Period Ending 12/31/07 |
| Exhibit K | Form 10-Q (Quarterly Report) Filed 05/06/08 for the Period Ending 03/31/08 |
| Exhibit L | Form 10-Q (Quarterly Report) Filed 08/05/08 for the Period Ending 06/30/08 |

2

**JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BIDZ.COM, INC.'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED DERIVATIVE COMPLAINT**

| | |
|---|---|
| Exhibit M | *Tindenberg v. Bidz.com*, Central District of California Case No. 08-05553, the Declaration of Claudia Liu In Support Of Bidz.com's Opposition To Motion for Class Certification, Dkt. # 71-6. |
| Exhibit N | Form 10-Q (Quarterly Report) Filed 11/10/08 for the Period Ending 09/30/08 |
| Exhibit O | From Def 14A (Proxy Statement (definitive) Filed 06/09/08 |
| Exhibit P | Form 4 (Statement of Change in Beneficial Ownership) Filed 9/6/07 |
| Exhibit Q | Form 4 (Statement of Change in Beneficial Ownership) Filed 10/2/07 |
| Exhibit R | Form 4 (Statement of Change in Beneficial Ownership) Filed 11/20/07 |
| Exhibit S | Form 4 (Statement of Change in Beneficial Ownership) Filed 11/27/07 |
| Exhibit T | Form 4 (Statement of Changes in Beneficial Ownership) Filed 12/19/08 for the Period Ending 12/17/08 |
| Exhibit U | Form 4 (Statement of Changes in Beneficial Ownership) Filed 01/06/09 for the Period Ending 01/02/09 |
| Exhibit V | Motion to Dismiss filed in *Gomez v. Bidz.com, Inc.*, Central District Case No. 09-03216 CBM-EX, December 4, 2009. |

When ruling on a 12(b)(6) motion to dismiss, courts may consider material that is properly subject to judicial notice. *MGIC Indem. Corp. v. Weisman*, 803 F.2d 500, 504 (9th Cir. 1986). Moreover, if a plaintiff, like the Plaintiffs here, fails to attach documents that are referred to in the complaint, the defendant may attach those documents to a motion to dismiss to show that the documents do not support plaintiff's claim. *See Knievel v. ESPN*, 393 F.3d 1068, 1076 (9th Cir. 2005) ("We have extended the "incorporation by reference" doctrine to situations in which the plaintiff's claim depends on the contents of a document, the defendant attaches the document to its motion to dismiss, and the parties do not dispute the authenticity of the document, even though the plaintiff does not explicitly allege the contents of that document in the

3

**JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BIDZ.COM, INC.'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED DERIVATIVE COMPLAINT**

complaint.").

Federal Rule of Evidence 201(b)(2) permits courts to take judicial notice of facts that are "not subject to reasonable dispute" in that they are "capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Judicial notice of such facts by a court is mandatory "if requested by a party and [the court is] supplied with the necessary information." Fed. R. Evid. 201(d).

The Court may take judicial notice of Exhibits A, C-D, I-L and N-U, which are all forms that Defendant Bidz publicly filed with the Securities and Exchange Commission ("SEC"). Public documents—such as those filed with the SEC—satisfy the criteria set out for judicial notice pursuant to Federal Rule of Evidence 201(b)(2). *See Dreiling v. Am. Exp. Co.*, 458 F.3d 942, 946 n.2 (9th Cir. 2006) (SEC filings are subject to judicial notice); *In re Silicon Graphics Securities Litigation*, 970 F. Supp. 746, 758 (N.D. Cal. 1997) (a "district court may take judicial notice of the contents of relevant public disclosure documents required to be filed with the SEC as facts capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned"), *aff'd*, 183 F.3d 970 (9th Cir. 1999) (quoting *Kramer v. Time Warner, Inc.*, 937 F.2d 767, 774 (2d Cir. 1991)).

Further, Plaintiffs have incorporated these filings by reference in their Complaint by referring to and alleging that all, or nearly all, of Bidz's public SEC filings during the class period are fraudulent or misleading. *See generally*, Complaint. Plaintiffs have thereby incorporated all of Bidz's SEC filings during the class period by reference. The Court "may consider SEC filings incorporated by reference in a complaint." *In re Adaptive Broadband Sec. Litig.*, 2002 U.S. Dist. LEXIS 5887, *28 (N.D. Cal. April 2, 2002).

The Court may also take judicial notice of Exhibits B and E-H, which are inspection reports from the Public Company Accounting Overview Board. Plaintiffs refer to these reports to discredit Bidz's auditor, Stonefield Josephson LLP. *See*

4

**JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BIDZ.COM, INC.'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED DERIVATIVE COMPLAINT**

Compl., ¶ 57 ("[T]he members of the Audit Committee have continued to appoint Stonefield as Bidz's independent auditor notwithstanding the deficiencies identified in the PCAOB report."); *see ESPN*, 393 F.3d at 1076. Moreover, these reports are filed by a Government agency, and, therefore, may be judicially noticed. *See Engine Mfrs. Ass'n v. S. Coast Air Quality Maint. Dist.*, 498 F.3d 1031, 1039 n.2 (9th Cir. 2007) (granting judicial notice of a public report issued by California's Air Resources Board).

Finally, the Court may consider and take judicial notice of Exhibit M, Defendant Claudia Liu's declaration, and Exhibit V, Defendants' Motion to Dismiss that was filed in *Gomez v. Bidz.com, Inc.*, Central District Case No. 09-03216 CBM-EX, because they are publicly filed documents, the first of which was referenced explicitly in the Complaint. *See* Compl., ¶ 45 ("These discovery responses, particularly a declaration from Defendant Liu . . . ."). *ESPN*, 393 F.3d at 1076.

For the foregoing reasons, Defendants respectfully request that, when considering both of their Motions to Dismiss Plaintiffs' Consolidated Derivative Complaint, this Court take judicial notice of the documents attached to this request.

Dated: January 22, 2010         GIBSON, DUNN & CRUTCHER LLP

                                      /s/
                                By: _____
                                         Joel A. Feuer

                                Attorneys for Defendants
                                BIDZ.COM, INC., DAVID ZINBERG
                                and LAWRENCE Y. KONG


Dated: January 22, 2010         PETILLON HIRAIDE & LOOMIS LLP

                                      /S/
                                By: _____
                                         Mark T. Hiraide

                                Attorney for Nominal Defendant
                                BIDZ.COM, INC.

**JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BIDZ.COM, INC.'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED DERIVATIVE COMPLAINT**

## DECLARATION OF SERVICE

I, Elizabeth Sperry, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, 94105, in said County and State. On January 22, 2010, I served the within:

**JOINT REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANT BIDZ.COM, INC.'S AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS PLAINTIFFS' CONSOLIDATED DERIVATIVE COMPLAINT**

to all interested parties as follows:

☑     **BY CM/ECF FILE & SERVE**: on January 22, 2010, I served a true and correct copy of the above listed document(s) electronically through CM/ECF by uploading the electronic files for each of the above listed document(s). CM/ECF notifies all registered parties via e-mail.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on January 22, 2010, at San Francisco, California.

                                                       /s:/ Elizabeth Sperry_____
                                                         Elizabeth Sperry