ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsumeda.com
FELIPE J. ARROYO (163803)
farroyo@robbinsumeda.com
SHANE P. SANDERS (237146)
ssanders@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
NICHOLE BROWNING (251937)
nbrowning@btkmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile:  (415) 400-3001

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BIDZ.COM, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>All Actions | Master File No. CV09-04984-PSG (Ex)<br><br>**DECLARATION OF SHANE P. SANDERS IN SUPPORT OF PLAINTIFFS' MEMORANDA OF LAW IN OPPOSITION TO THE MOTIONS TO DISMISS FILED BY BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS**<br><br>Judge: Honorable Philip S. Gutierrez<br>Date Action Filed: July 10, 2009<br><br>Hearing Date: April 26, 2010<br>Hearing Time: 1:30 p.m. |

DECLARATION OF SHANE P. SANDERS IN SUPPORT OF PLAINTIFFS' MEMORANDA OF LAW IN OPPOSITION TO
THE MOTIONS TO DISMISS FILED BY BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS
MASTER FILE NO. CV09-04984-PSG (EX)

I, SHANE P. SANDERS, declare as follows:

1. I am an attorney duly licensed to practice before all courts of the State of California. I am an associate with the law firm of Robbins Umeda LLP, co-counsel of record for plaintiffs in this case. I submit this Declaration in Support of Plaintiffs' Memoranda of Law in Opposition to the Motions to Dismiss filed by Biz.com, Inc. and Individual Defendants. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify to such facts under oath.

2. Attached hereto are true and correct copies of the following exhibits:

Exhibit A: Excerpts from Bidz.com, Inc., Annual Report (Form 10-K) (Mar. 16, 2007);

Exhibit B: Declaration of Claudia Liu in Support of Bidz.com's Motion for Rule 11 Sanctions, *Tidenberg v. Bidz.com, Inc., et al.*, Case No. CV08-05553 PSG (FMOx) (C.D. Cal., signed on Aug. 11, 2009);

Exhibit C: Excerpts from Bidz.com, Inc., Official Notification to Shareholders of Matters to be Brought to a Vote (Proxy) (Form DEF 14A) (Apr. 30, 2007);

Exhibit D: Excerpts from Bidz.com, Inc., Amendment to a Previously Filed 10-12G (Form 10-12G/A) (June 30, 2005);

Exhibit E: Excerpts from Bidz.com, Inc., Official Notification to Shareholders of Matter to be Brought to a Vote (Proxy) (Form DEF 14A) (Dec. 13, 2005);

Exhibit F: Excerpts from Bidz.com, Inc., Statement of Changes in Beneficial Ownership of Securities (Form 4) (Nov. 20, 2007);

Exhibit G: Daily Closing Stock Price for Bidz.com Common Stock from May 1, 2007 to March 4, 2010 Chart; and

Exhibit H: Excerpts from Bidz.com, Inc., Quarterly Report (Form 10-Q) (May 2, 2007).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 8th day of March, 2010, at San Diego, California.

_____
SHANE P. SANDERS

---

DECLARATION OF SHANE P. SANDERS IN SUPPORT OF PLAINTIFFS' MEMORANDA OF LAW IN OPPOSITION TO THE MOTIONS TO DISMISS FILED BY BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS
MASTER FILE NO. CV09-04984-PSG (EX)

- 2 -

## **CERTIFICATE OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to this action. My business address is Robbins Umeda LLP, 600 B Street, Suite 1900, San Diego, CA 92101.

I hereby certify that on March 8, 2010, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2010 at San Diego, California.

_____
SHANE P. SANDERS

465119