# EXHIBIT A

# Morningstar® Document Research℠

# FORM 10-K

## Bidz.com, Inc. - BIDZ

Filed: March 16, 2007 (period: December 31, 2006)

Annual report which provides a comprehensive overview of the company for the past year

# UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

OMB APPROVAL
OMB Number: 3235-0063
Expires: January 31, 2008
Estimated average burden hours per response.. 2,196.00

## FORM 10-K

(Mark One)

☒ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the fiscal year ended December 31, 2006

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from           to

Commission file Number  000-51257

## BIDZ.com, Inc.
(Exact name of registrant as specified in its charter)

| | |
|---|---|
| **Delaware** | **95-4728109** |
| State or other jurisdiction of incorporation or organization | (I.R.S. Employer Identification No.) |
| **3562 Eastham Drive, Culver City, California** | **90232** |
| (Address of principal executive offices) | (Zip Code) |

Registrant's telephone number, including area code      **(310) 280-7373**

Securities registered pursuant to Section 12(b) of the Act:  **None**

| Title of each class | Name of each exchange on which registered |
|---|---|

Securities registered pursuant to Section 12(g) of the Act:

**Common Stock, $.001 par value**
(Title of class)

Indicate by check mark if the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.

☐ YES ☒ NO

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.

☐ YES ☒ NO

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.

☒ YES ☐ NO

Indicate by check mark if disclosure of delinquent filers pursuant to Item 405 of Regulation S-K (§ 229.405 of this chapter) is not contained herein, and will not be contained, to the best of registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendment to this Form 10-K    ☐

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer, or non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act (Check one):

Large accelerated filer ☐        Accelerated filer ☐        Non-accelerated filer ☒

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Act).       ☐ YES ☒ NO

The aggregate market value of the voting stock held by non-affiliates of the registrant based upon the price at which the common stock was last sold was approximately $63,173,000. For purposes hereof, directors, executive officers and 10% or greater shareholders have been deemed affiliates. This determination of affiliate status is not necessarily a conclusive determination for others purposes.

The number of shares outstanding of the registrant's common stock was 23.252,654 as of March 12, 2007.

## DOCUMENTS INCORPORATED BY REFERENCE

Information required by Part III (Items 10, 11, 12, 13 and 14) is incorporated by reference to portions of our definitive proxy statement for our 2007 Annual Meeting of Stockholders, which will be filed with the Securities and Exchange Commission within 120 days of December 31, 2006.

Source: Bidz.com, Inc., 10-K, March 16, 2007                    Powered by Morningstar® Document Research℠

Exhibit A, Page 6

BIDZ.COM, INC.

ANNUAL REPORT ON FORM 10-K FOR THE FISCAL YEAR ENDED DECEMBER 31, 2006

Table of Contents

|  | Page |
|---|---|
| PART I | 1 |
| Item 1. Business | 1 |
| Item 1A. Risk Factors | 13 |
| Item 1B. Unresolved Staff Comments | 25 |
| Item 2. Properties | 25 |
| Items 3. Legal Proceedings | 25 |
| Item 4. Submission of Matter to a Vote of Securities Holders | 25 |
|  |  |
| PART II | 26 |
| Item 5. Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 26 |
| Item 6. Selected Financial data | 29 |
| Item 7: Management's Discussion and Analysis of Financial Condition and Results of Operations | 30 |
| Item 7A. Quantitative and Qualitative Disclosures about Market Risk | 40 |
| Item 8. Financial Statements and Supplementary Data | 40 |
| Item 9. Changes in and Disagreements With Accounting on Accounting and Financial Disclosure | 40 |
| Item 9A. Controls and Procedures | 40 |
| Item 9B. Other Information | 40 |
|  |  |
| PART III | 41 |
| Item 10. Directors and Executive Officers of the Registrant | 41 |
| Item 11. Executive Compensation | 41 |
| Item 12. Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 41 |
| Item 13. Certain Relationships and Related Transactions | 41 |
| Item 14. Principal Accounting Fees and Services | 41 |
|  |  |
| PART IV | 41 |
| Item 15. Exhibits and Financial Statement Schedules | 41 |

Source: Bidz.com, Inc., 10-K, March 16, 2007                    Powered by Morningstar® Document Research℠

Exhibit A, Page 7

dominant retailers often demanding to cancel orders mid-production and returning unsold merchandise;

rapid changes in style, color, or models, turning inventory into closeout merchandise;

incorrect estimates of consumer demand leading to overproduction; and

changes in a retailer's financial situation or strategy resulting in cancelled orders.

Disposal of closeout jewelry represents a significant challenge for many manufacturers and liquidators. Manufacturers often use multiple channels, such as catalogs, resellers, liquidators, and small retailers, to sell their closeout jewelry inventory as a result of the wide variety in lot size of their products. Multiple channels create additional logistical burdens and reduce the control of manufacturers over distribution.

Manufacturers are often required to adhere to delivery and quantity specifications. If a manufacturer does not meet required delivery schedules or specifications, or products are unsold, the products may be returned to the manufacturer. In both cases, manufacturers rarely meet their costs on their closeout products. Manufacturers often opt to melt down the jewelry into its component parts and reconstruct jewelry pieces with current season styles. The melt-down process is difficult, requires skilled labor, and results in a very low return on manufacturing costs.

**Our Value Proposition**

*Value to Buyers*

Through online auctions on our website, we believe that we offer value to a broad range of customers by providing the following:

*Bargain prices.*   The price of all our products is dictated by the buyer alone based on that buyer's valuation of the product. Therefore, many items offered on our website are sold at a substantial discount to the prices in traditional retail channels, such as at jewelry stores located in shopping malls. Our $1 minimum bid policy allows the savvy or lucky consumer the potential to purchase any product being auctioned for only $1, offering even greater value to the consumer. Regardless of the closing price, once an auction is closed, the final bidder will receive the product. We also offer an auto-bidding option under which customers may pre-bid for a product.

*Entertaining auction format.*   We offer our customers the excitement of winning an item that may not be available in the future. We offer short-term, live auctions, many lasting less than one hour, providing our customers an alternative to the traditional, longer auction format. We believe the shorter time frame of our auctions encourages repeat visits and active viewing of our website.

*Broad product selection.*   We offer a broad selection of jewelry, including rings, necklaces, earrings, bracelets, jewelry sets, and watches. Our selection includes gold and silver jewelry, as well as jewelry with precious and semi-precious stones. We also sell individual and sets of gemstones.

*Product quality assurance.*   We provide detailed and accurate descriptions of each product. Our trained product specialists inspect our jewelry, utilizing the Gemological Institute of America Diamond and Colored Stone Grading System prior to posting on our website for auction. We guarantee the quality of our products through our 15-day return policy on all of our merchandise with a money-back guarantee if the product is not as described on our website. Items that are returned that are identical to their description are subject to a restocking fee, which is 15% of the original purchase price. Shipping fees are non-refundable. Our commitment to quality and product description accuracy is demonstrated by consistently low return rates on our items, which were approximately 3% of all items sold in 2006.

*Prompt fulfillment and responsive customer service.*   We maintain in inventory all the products we offer on our website, enabling us to ensure prompt order fulfillment and delivery to our customers. Our customer service

Source: Bidz.com, Inc., 10-K, March 16, 2007                                                                 Powered by Morningstar® Document Research℠

Exhibit A, Page 8