# EXHIBIT B

```
 1  DOUGLAS SMITH (SBN: 101367)
       Email: dsmith@gordonrees.com
 2  TARA L. MARTIN (SBN: 189168)
       Email: tmartin@gordonrees.com
 3  STEPHANIE ALEXANDER (SBN: 205701)
       Email: salexander@gordonrees.com
 4  GORDON & REES LLP
    4675 MacArthur Court, Suite 800
 5  Newport Beach, CA 92660
    Telephone: (949) 255-6950
 6  Facsimile: (949) 474-2060

 7  Attorneys For Defendant BIDZ.COM, INC., a
    Delaware corporation
 8
```

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLA TIDENBERG, individually and for all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BIDZ.COM, INC., DOES 1-20,<br><br>Defendants. | **CASE NO. CV08-05553 PSG (FMOx)**<br><br>**DECLARATION OF CLAUDIA LIU IN SUPPORT OF BIDZ.COM'S MOTION FOR RULE 11 SANCTIONS** |

1.  I, the undersigned, if called to testify to the facts set forth herein below, could and would do so competently of my own personal knowledge.

2.  I am the Chief Operating Officer for Bidz.com, Inc. and have been so since October of 2006. Prior to that time, I served as Bidz.com's vice president of operations, beginning in November of 2002. Between October 2001 and November 2002 I served as Bidz.com's billing manager.

3.  In my capacity as Bidz.com's chief operating officer, and based on my positions with the company since October of 2001, I am familiar with the company's current and historical auction statistics. The statistics are based on records prepared and stored electronically at or near the time of each auction, and

1 are made and kept in the ordinary course of Bidz.com's business operations.

2   4. Since Bidz.com went on line in 1999, Bidz.com's auctions have primarily offered personal jewelry items for public auction, such as rings, bracelets, necklaces, earrings, and watches. Bidders on Bidz.com's website are individuals who bid and purchase for their own account, persons who are acquiring gifts for others, and persons who bid on and purchase items from auction for resale. Bidz.com's records reflect currently that there are typically 669 auctions in progress on Bidz.com's website at any given hour of the day. .

5. During the years 2004 through 2008, Bidz.com conducted 25,730,845 on line auctions, which resulted in the sale of 14,402,007 items at an average sale price of $45.80. The difference between the total number of auctions conducted and the number of items sold represents the number of winning bidders who ultimately elected not to make payment to Bidz.com for items won at auction. We have a small percentage of items returned, historically 3-4%.

6. I have reviewed Bidz.com's employee records, which are made substantially contemporaneously with the occurrence of the events set out and which are made and kept in the ordinary course of Bidz.com's business operations. There is no record of any employee with a first name of "Ross" having worked at Bidz.com.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this _11th_ day of August, 2009, at _3562 EASTHAM DR CULVER CITY, CA 90232_

_/s/ Claudia Liu_
Claudia Liu

Gordon & Rees LLP
Embarcadero Center West
275 Battery Street, Suite 2000
San Francisco, CA 94111

AIGDO/1053965/6927870v.1

- 2 -
DECLARATION OF CLAUDIA LIU IN SUPPORT OF BIDZ.COM'S MOTION FOR RULE 11 SANCTIONS