ROBBINS UMEDA LLP
BRIAN J. ROBBINS (190264)
brobbins@robbinsumeda.com
FELIPE J. ARROYO (163803)
farroyo@robbinsumeda.com
SHANE P. SANDERS (237146)
ssanders@robbinsumeda.com
600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile:  (619) 525-3991

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
NICHOLE BROWNING (251937)
nbrowning@btkmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile:  (415) 400-3001

*Co-Lead Counsel for Plaintiffs*

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BIDZ.COM, INC. DERIVATIVE LITIGATION | ) Master File No. CV09-04984-PSG (Ex) ) ) |
| This Document Relates To: All Actions | ) **PLAINTIFFS' REQUEST FOR** ) **JUDICIAL NOTICE IN SUPPORT** ) **OF THEIR MEMORANDA OF LAW** ) **IN OPPOSITION TO THE** ) **MOTIONS TO DISMISS FILED BY** ) **BIDZ.COM, AND THE INDIVIDUAL** ) **DEFENDANTS** ) ) ) Judge: Honorable Philip S. Gutierrez ) Date Action Filed: July 10, 2009 ) ) Hearing Date: April 26, 2010 ) Hearing Time: 1:30 p.m. |

1    Pursuant to Rule 201 of the Federal Rules of Evidence ("Rule 201"),

2  Plaintiffs[1] hereby request that the Court take judicial notice of the documents

3  attached to the Sanders Decl.[2]

4    Rule 201 permits a court to take judicial notice of a fact that is "'not subject

5  to reasonable dispute in that it is ... capable of accurate and ready determination by

6  resort to sources whose accuracy cannot reasonably be questioned.'" *See Brodsky v.*

7  *Yahoo! Inc.*, 630 F. Supp. 2d 1104, 1112 (N.D. Cal. 2009).

8    A court may take judicial notice of documents filed with the SEC. *In re*

9  *Copper Mountain Sec. Litig.*, 311 F. Supp. 2d 857, 865 (N.D. Cal. 2004). SEC

10  filings are generally recognized as "the most accurate and authoritative source of

11  public information about a company." *Bryant v. Avado Brands, Inc.*, 187 F.3d

12  1271, 1278 (11th Cir. 1999). Courts frequently hold that SEC filings are properly

13  the subject of judicial notice. *In re MIPS Techs., Inc. Derivative Litig.*, 542 F.

14  Supp. 2d 968, 971 n.1 (N.D. Cal. 2008).

15  _____

16  [1] All capitalized terms are defined in Plaintiffs' Opposition to Individual
    Defendants' Motion to Dismiss Plaintiffs' Consolidated Derivative Complaint
17  Under Federal Rule of Civil Procedure 12(b)(6), filed concurrently herewith,
18  unless otherwise noted.

19  [2] As discussed in Plaintiffs' Opposition to Defendants' Joint Request for Judicial
    Notice in Support of Defendant Bidz.com, Inc.'s and the Individual Defendants'
20  Motions to Dismiss Plaintiffs' Consolidated Derivative Complaint ("Opp. to RJN"),
21  filed concurrently herewith, the Defendants have introduced twenty-two external
    documents in an attempt to re-draft the allegations in the Complaint. *See* Opp. to
22  RJN at 2. This is inappropriate in the context of the instant motion to dismiss for
23  the reasons discussed in Plaintiffs' opposition to Defendants' request for judicial
    notice. *See Van Buskirk v. Cable News Network, Inc.*, 284 F.3d 977, 980 (9th Cir.
24  2002) (when deciding a motion to dismiss, courts "look only at the face of the
25  complaint"). Nonetheless, should the Court take judicial notice of any of
    Defendants' twenty-two attached documents for the truth of the matters contained
26  therein, Plaintiffs respectfully request that the Court also take judicial notice of the
27  eight documents attached as exhibits to the Sanders Decl.

28

1    Similarly, a court may take judicial notice of another court's records.  *See*
2  *Lee v. City of L.A.*, 250 F.3d 668, 690 (9th Cir. 2001); *see also U.S. v. Stoterau*,
3  524 F.3d 988, 1012 (9th Cir. 2008).  It is appropriate for a court to take judicial
4  notice of proceedings and files in other matters, especially when they relate to a
5  case before the court.  *U.S. ex rel. Robinson Rancheria Citizens Council v. Borneo,*
6  *Inc.*, 971 F.2d 244, 248 (9th Cir. 1992).

7    Additionally, historical stock prices of public companies can be judicially
8  noticed because they are subject to accurate and ready determination by resort to
9  sources whose accuracy cannot reasonably be questioned.  *Brodsky*, 630 F. Supp.
10  2d at 1111-12 (granting request for judicial notice because "historic stock prices
11  are subject to accurate and ready determination by resort to sources whose
12  accuracy cannot reasonably be questioned"); *see also In re Amgen Inc. Sec.*
13  *Litig.*, 544 F. Supp. 2d 1009, 1024 (C.D. Cal. 2008) (judicially noticing stock
14  prices over a three-year period).

15    Based on the authority cited above, and should the Court take judicial notice
16  of the extraneous documents offered by Defendants in support of their motions to
17  dismiss, Plaintiffs request that the Court take judicial notice of the following
18  documents attached as exhibits to the Sanders Decl.:

19       Exhibit A:    Excerpts from Bidz.com, Inc., Annual Report (Form
20                     10-K) (Mar. 16, 2007);

21       Exhibit B:    Declaration of Claudia Liu in Support of Bidz.com's
22                     Motion for Rule 11 Sanctions, *Tidenberg v. Bidz.com,*
                       *Inc., et al.*, Case No. CV08-05553 PSG (FMOx) (C.D.
23                     Cal., signed on Aug. 11, 2009);

24       Exhibit C:    Excerpts from Bidz.com, Inc., Official Notification to
25                     Shareholders of Matters to be Brought to a Vote
26                     (Proxy) (Form DEF 14A) (Apr. 30, 2007);

27

28

| | | |
|---|---|---|
| 1 | Exhibit D: | Excerpts from Bidz.com, Inc., Amendment to a Previously Filed 10-12G (Form 10-12G/A) (June 30, 2005); |
| 2 | | |
| 3 | Exhibit E: | Excerpts from Bidz.com, Inc., Official Notification to Shareholders of Matter to be Brought to a Vote (Proxy) (Form DEF 14A) (Dec. 13, 2005); |
| 4 | | |
| 5 | | |
| 6 | Exhibit F: | Excerpts from Bidz.com, Inc., Statement of Changes in Beneficial Ownership of Securities (Form 4) (Nov. 20, 2007); |
| 7 | | |
| 8 | Exhibit G: | Daily Closing Stock Price for Bidz.com Common Stock from May 1, 2007 to March 4, 2010 Chart; and |
| 9 | | |
| 10 | Exhibit H: | Excerpts from Bidz.com, Inc., Quarterly Report (Form 10-Q) (May 2, 2007). |
| 11 | | |

Pursuant to the foregoing authorities, and to the extent the Court takes judicial notice of the documents attached to Defendants' motions to dismiss, Plaintiffs respectfully request that the Court take judicial notice of the documents listed above, which are attached as exhibits to the Sanders Decl. filed concurrently herewith.

DATED: March 8, 2010

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
FELIPE J. ARROYO
SHANE P. SANDERS

_____
SHANE P. SANDERS

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile: (619) 525-3991

BARROWAY TOPAZ KESSLER
  MELTZER & CHECK, LLP
NICHOLE BROWNING (251937)
nbrowning@btkmc.com
580 California Street, Suite 1750
San Francisco, CA 94104
Telephone: (415) 400-3000
Facsimile: (415) 400-3001

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

KENDALL LAW GROUP, LLP
JOE KENDALL
HAMILTON P. LINDLEY
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
Telephone: (214) 744-3000
Facsimile:  (214) 744-3015

Attorneys for Plaintiffs

---

PLAINTIFFS' REQ. FOR JUDICIAL NOT. IN SUPP. OF THEIR MEMORANDA OF LAW        4
IN OPP. TO THE MOTIONS TO DISMISS FILED BY BIDZ.COM, INC. & THE INDIV. DEFS.
MASTER FILE NO. CV09-04984-PSG (EX)

1

## **CERTIFICATE OF SERVICE**

2    I, the undersigned, certify and declare that I am over the age of 18 years,

3 employed in the County of San Diego, State of California, and not a party to this

4 action.  My business address is Robbins Umeda LLP, 600 B Street, Suite 1900,

5 San Diego, CA 92101.

6    I hereby certify that on March 8, 2010, I electronically filed the foregoing

7 document with the Clerk of the Court using the CM/ECF system which will send

8 notification of such filing to the e-mail addresses denoted on the Electronic Mail

9 Notice List.

10    I declare under penalty of perjury under the laws of the United States of

11 America that the foregoing is true and correct.  Executed on March 8, 2010 at San

12 Diego, California.

13

14    _____

                     SHANE P. SANDERS

15

16

17

18

19

20

21

22

23

24

25

26

27

28