GIBSON, DUNN & CRUTCHER LLP
JOEL A. FEUER, SBN 100663,
JFeuer@gibsondunn.com
ANDREW J. DEMKO, SBN 247320,
ADemko@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

E-FILED 05-28-10

Attorneys for Defendants
DAVID ZINBERG, LAWRENCE Y. KONG,
CLAUDIA Y. LIU, LEON KUPERMAN, PETER
G. HANELT, GARRY Y. ITKIN, and MAN JIT
SINGH

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BIDZ.COM INC. DERIVATIVE LITIGATION | Master File No. CV09-04984-PSG (Ex) <br><br> [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO THE AMENDED COMPLAINT BY MOTION OR ANSWER <br><br> Judge: Honorable Philip S. Gutierrez <br> Date Action Filed: July 10, 2009 <br><br> Trial Date:  None Set |

Gibson, Dunn & Crutcher LLP

PURSUANT to the Stipulation of the Parties, the time for the Defendants to respond to the Amended Complaint by answer or motion is extended to and includes July 12, 2010. In the event Defendants file a motion to dismiss, the Court orders the following briefing schedule:

1. Defendants shall have to and including July 12, 2010, to respond to the Amended Complaint.

2. Plaintiffs shall have to and including September 10, 2010, to file their opposition to motion(s) to dismiss.

3. Defendants shall have to and including October 11, 2010, to file their reply in support of their motion(s) to dismiss.

4. Motion(s) to dismiss shall be noticed for hearing on November 1, 2010.


Dated:  05/27/10_____

__    **PHILIP S. GUTIERREZ**_____
Honorable Philip S. Gutierrez
United States District Judge

Gibson, Dunn & Crutcher LLP