GIBSON, DUNN & CRUTCHER LLP
JOEL A. FEUER, SBN 100663
JFeuer@gibsondunn.com
ANDREW J. DEMKO, SBN 247320
ADemko@gibsondunn.com
2029 Century Park East, Suite 4000
Los Angeles, California 90067
Telephone: (310) 552-8500
Facsimile: (310) 551-8741

GIBSON, DUNN & CRUTCHER LLP
LINDSEY E. BLENKHORN, SBN 227484
Lblenkhorn@gibsondunn.com
555 Mission Street, Suite 3000
San Francisco, California 94105-2933
Telephone: (415) 393-8200
Facsimile: (415) 393-8306

Attorneys for Defendants
DAVID ZINBERG, LAWRENCE Y. KONG,
CLAUDIA Y. LIU, LEON KUPERMAN,
PETER G. HANELT, GARRY Y. ITKIN, AND
MAN JIT SINGH

PETILLON HIRAIDE & LOOMIS LLP
MARK T. HIRAIDE, SBN 117868
Mhiraide@phlcorplaw.com
21515 Hawthorne Boulevard
Suite 1260
Torrance, California 90503
Telephone: (310) 543-0500
Facsimile: (310) 543-0550

Attorneys for Defendant
BIDZ.COM, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re BIDZ.COM, INC. DERIVATIVE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS | MASTER FILE NO. CV09-04984-PSG<br><br>**DECLARATION OF LINDSEY E. BLENKHORN IN SUPPORT OF BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**<br><br>[Motion to Dismiss for Failure to Plead Demand Futility; Individual Defendants' Motion to Dismiss; Request for Judicial Notice and [Proposed] Orders filed concurrently herewith]<br><br>DATE:     November 1, 2010<br>TIME:     1:30 p.m.<br>JUDGE:    The Hon. Philip S. Gutierrez<br><br>TRIAL DATE:     NONE SET |

**DECLARATION OF LINDSEY E. BLENKHORN IN SUPPORT OF BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

**DECLARATION OF LINDSEY E. BLENKHORN**

I, Lindsey E. Blenkhorn, declare:

1. I am an attorney licensed to practice law in the state of California. I am an associate in the law firm of Gibson, Dunn & Crutcher LLP, and I am one the attorneys with primary responsibility for representing Defendants David Zinberg, Lawrence Y. Kong, Claudia Liu, Leon Kuperman, Peter Hanelt, Garry Itkin, and Man Jit Singh (the "Individual Defendants"). I make this declaration in support of Defendant Bidz.com's and the Individual Defendants' Motions to Dismiss the Amended Complaint and their Joint Request for Judicial Notice. The facts stated in this declaration are from my personal knowledge, and if called upon as a witness I would and could testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of a May 22, 2008 Report by Merriman Curhan Ford on Bidz.com, Inc.

3. Attached hereto as Exhibit B is a true and correct copy of an October 8, 2008 Stanford Group Company Report on Bidz.com, Inc.

4. Attached hereto as Exhibit C is a true and correct copy of a November 28, 2007 Roth Capital Partners Report on Bidz.com, Inc.

5. Attached hereto as Exhibit D is a true and correct copy of a May 7, 2008 Roth Capital Partners Report on Bidz.com, Inc.

6. Attached hereto as Exhibit E is a true and correct copy of an August 6, 2008 Roth Capital Partners Report on Bidz.com, Inc.

7. Attached hereto as Exhibit F is a true and correct copy of a November 11, 2008 Roth Capital Partners Report on Bidz.com, Inc.

8. Attached hereto as Exhibit G is a true and correct copy of a February 23, 2009 Roth Capital Partners Report on Bidz.com, Inc.

9. Attached hereto as Exhibit H is a true and correct copy of a March 10, 2010 Roth Capital Partners Report on Bidz.com, Inc.

Gibson, Dunn & Crutcher LLP

**DECLARATION OF LINDSEY E. BLENKHORN IN SUPPORT OF BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct. Executed this 12th day of July 2010 at San Francisco, California.

                                              /s/
By:       Lindsey E. Blenkhorn

GIBSON, DUNN & CRUTCHER LLP
Attorneys for Defendants
DAVID ZINBERG, LAWRENCE Y. KONG, CLAUDIA Y. LIU, LEON KUPERMAN, PETER G. HANELT, GARRY Y. ITKIN, AND MAN JIT SINGH

**DECLARATION OF LINDSEY E. BLENKHORN IN SUPPORT OF BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

# DECLARATION OF SERVICE

I, Elizabeth Sperry, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 555 Mission Street, Suite 3000, San Francisco, 94105, in said County and State. On July 12, 2010, I served the within:

**DECLARATION OF LINDSEY E. BLENKHORN IN SUPPORT OF BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**

to all interested parties as follows:

☑   **BY CM/ECF FILE & SERVE**:  on July 12, 2010**,** I served a true and correct copy of the above listed document(s) electronically through CM/ECF by uploading the electronic files for each of the above listed document(s). CM/ECF notifies all registered parties via e-mail.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on July 12, 2010, at San Francisco, California.

 /s:/ Elizabeth Sperry
 Elizabeth Sperry

Gibson, Dunn & Crutcher LLP

4

**DECLARATION OF LINDSEY E. BLENKHORN IN SUPPORT OF BIDZ.COM, INC. AND THE INDIVIDUAL DEFENDANTS' MOTIONS TO DISMISS THE AMENDED COMPLAINT**