# **EXHIBIT H**



Elizabeth Pierce, CFA, *Senior Research Analyst*, (949) 720-7130
lpierce@roth.com

Jared Schramm, *Research Analyst*, (949)720-7125
jschramm@roth.com

**Sales** (800) 933-6830, **Trading** (800) 933-6820

COMPANY NOTE   |   EQUITY RESEARCH   |   March 10, 2010

## Retail & Consumer Products

# BIDZ.com, Inc.   |   BIDZ - $2.17 - NASDAQ   |   *Hold*

Estimates Changed, Target Price Changed

| Stock Data | |
|---|---|
| 52 Week Low - High | $1.87 - $4.84 |
| Shares Out. (mil) | 22.11 |
| Mkt. Cap.(mil) | $48.0 |
| 3-Mo. Avg. Vol. | 35,747 |
| 12-Mo.Price Target | $2.50 |
| Cash (mil) | $1.1 |
| Tot. Debt (mil) | $0.0 |
| Est. 3Yr. EPS Growth | 30% |

| EPS ($) | | | | |
|---|---|---|---|---|
| Yr Dec | 2009 | —2010E— | | —2011E— |
| | Actual | Curr | Prev | Curr |
| 1Q | 0.07A | 0.00E | 0.03E | — |
| 2Q | 0.03A | 0.01E | 0.02E | — |
| 3Q | 0.00A | 0.02E | 0.03E | — |
| 4Q | 0.01A | 0.05E | 0.07E | — |
| YEAR | 0.11A | 0.08E | 0.15E | 0.23E |
| P/E | 19.7x | 27.1x | 14.5x | 9.4x |

| Revenue ($ millions) | | | | |
|---|---|---|---|---|
| Yr Dec | 2009 | —2010E— | | —2011E— |
| | Actual | Curr | Prev | Curr |
| 1Q | 31.2A | 26.8E | 30.2E | — |
| 2Q | 26.9A | 25.0E | 25.7E | — |
| 3Q | 24.8A | 24.1E | 24.1E | — |
| 4Q | 27.5A | 31.7E | 37.4E | — |
| YEAR | 110.4A | 107.7E | 117.5E | 120.4E |



1 Year Price History/Ave. Daily Vol for BIDZ

### BIDZ: 4Q09 Revenue and EPS Miss; Guidance Disappoints

- **Q4 Results**: Revenue of $27.5M marks a decline of 22% from 4Q08, below our estimate of $30.3M. EPS of $0.01 missed our estimate of $0.02 and was down from EPS of $0.13 in 4Q08. The decline in revenue was attributable to implementation of the Company's new ERP platform, which limited the number of auctions and continued weakness in the jewelry market.

- **Metrics:** AOV improved to 12% Y/Y in 4Q09 to $189 compared to $169 in 4Q08. The improvement in AOV was due to an increase in purchases of larger ticket items. The Company's acquisition cost per new buyers declined 9% Y/Y to $48, due to a 28% decline in sales and marketing spend.

- **Disappointing Q1 Guidance:** Management guided to 1Q10 revenue of $26M to $28M; gross profit margin of between 24% and 26% and pre-tax income to be breakeven. We had previously estimated 1Q10 revenue of $30.2M; gross profit margin of 30% and pre-tax income of $1.1M. We believe the Company's weak 1Q10 guidance to be in response to delays in its ERP transition which is likely to dampen sales in the quarter.

- **Estimate Changes:** We lowered our 1Q10 estimates to reflect the ongoing ERP transition and declines in average daily orders. For 1Q10 we now estimate revenue of $26.8M, down from $30.2M previously and lowered our EPS estimate to $0.00 from EPS of $0.03. For FY10 we now estimate EPS of $0.08 on revenue $107.7M. We are introducing FY11 EPS of $0.23 on revenue of $120.4M.

- **Investment Opinion:** While several key metrics are showing signs of improvement, we believe the Company will experience a difficult Q1 due to more difficult than expected transition of its ERP platform and continued macro weakness. Management did not have anything to report in regards to the SEC investigation into its inventory accounting practices. We expect the stock to remain range bound in the near future as these issues persist. Maintain HOLD rating, lowering our price target to $2.50.

*Refer to important disclosure information and rating System Definition on pages 5 - 6 of this report.* Regulation Analyst Certification ("Reg AC"): The research analyst primarily responsible for the content of this report certifies the following under Reg AC: I hereby certify that all views expressed in this report accurately reflect my personal views about the subject company or companies and its or their securities. I also certify that no part of my compensation was, is or will be, directly or indirectly, related to the specific recommendations or views expressed in this report.

Roth Capital Partners, LLC | 24 Corporate Plaza | Newport Beach CA 92660 | 949 720 5700 | Member FINRA/SIPC

91

## VALUATION

At $2.17, BIDZ trades at 27.1x and 9.4x our FY10 EPS and FY11 EPS estimate of $0.08 and $0.23 respectively. Although the stock is trading at a discount to our estimated 3-year CAGR of 30%, we believe near-term results will continue to be constrained by the current macro headwinds and thus, we believe the stock will be range bound. Accordingly, we maintain our HOLD rating and we are lowering our price target to $2.50 from $3.00.

## RISKS

**Business Model.** Even though the company's business model is based on the historically successful auction system, the relatively new tweaks to that system such as the 15 seconds reset makes the company's model more susceptible to manipulation.

**Prior Sale of Common Stock.** From inception until mid 2003, BIDZ raised $20.5 million by selling its common stock between $4 and $6 per share to approximately 830 investors. The fact that the company raised this money without registration and sold shares through its employees instead of through licensed brokers could make BIDZ liable for refunding the $20.5 million coupled with statutory interest payments ($12.4 million) to those investors.

**Change in Market Visibility.** The company must maintain a high level of visitor traffic, convert those visitors into buyers, and manage costs to acquire new customers. Company growth depends on the ability to increase the popularity of its website. Going forward, BIDZ plans on expanding its international sales activities which may cause the business to become increasingly susceptible to numerous risks. Lastly, visibility through customer complaints or negative publicity about customer service could negatively impact the company's reputation.

**Changes in Demand.** The company depends heavily on the sale of jewelry. Therefore, a declining demand for jewelry would adversely affect revenues. Like all retailers, seasonal fluctuations could cause results of operations to be below expectations. Since the company holds the inventory in-house, net revenue and gross margin may be negatively affected if the company is unable to keep up with changes in demand. Negative changes in demand, such as increased product returns, could also have the same adverse impact.

**Customer Protection.** As with many online retailers, keeping customer information private is a concern. If the company fails to protect customer information or the network against any type of security breach, the reputation of the company may be tarnished. The company may also be susceptible to identity theft by third parties. With these concerns of customer information comes regulations around the collection, dissemination, and security of personal information which can adversely affect the company's marketing efforts, cost of doing business, legislation costs, service delivery costs, etc.

**Technology.** Being an online company, BIDZ relies heavily on technology especially on the reliability of the website, network infrastructure, and transaction processing systems. The company's ability to grow can be affected by delays, interruptions, or failures of the internet and other business supporting technology including any auction and bidding systems software. Any rapid technological changes may impair the growth of the company if it is unable to increase capacity or respond to those changes without interrupting the business. Lastly, the company's dependence on key system developers coupled with the lack of documentation of internally developed software application systems may potentially disrupt the company's business.

**Inventory Concerns.** The company relies heavily on its supply chain, more specifically on its two biggest suppliers, and does not have a guaranteed supply of merchandise. As in all industries, increases in material costs, in this case the cost of precious metals and precious and semi-precious stones, would increase the cost of the company's products and therefore could impact the company's overall business. In addition, circumstances beyond the company's control such as damage or loss caused by fire, flood, earthquakes, and similar events are also potential issues that the company may face. Like all retailers, circumstances such as

the risk of theft of products from inventory or during shipment are also possibilities that would impact the company's profitability. Along with the company's suppliers, BIDZ relies on third party carriers in order to ship products to its customers. The carriers may fail to meet shipping requirements and, therefore, tarnish the company's reputation.

**Competition.** The company faces tough competition from brick and mortar as well as other online retailers and auctioneers that currently have greater brand recognition and higher consumer traffic.

**Young Company Issues.** Like most new companies, BIDZ had a difficult start. The company accumulated a significant deficit in its earlier years and may be subject to a tax liability for past sales. The company's short history can also be problematic because past sales may not be similar to future growth, which makes it difficult to forecast demand or plan expenses. BIDZ is a fast growing company, and if unable to maintain the progress of its growth, the company could suffer. The company may be unable to meet financial obligations if sales do not generate enough cash in time. Finally, failing to protect intellectual property rights both domestically and internationally can also be detrimental to the company.

**Dependence on Key Personnel.** The company's performance is highly dependent on the efforts and skills of its current executive and senior management team, particularly, Mr. David Zinberg, Chairman of the Board and Chief Executive Officer. The loss of any key executive or the failure to attract quality management could negatively influence the company's operating results.

**General Economic Conditions.** Certain economic conditions such as unemployment levels, interest rates, energy prices, taxes and consumer confidence could impact consumer spending habits, which in turn could lead to fluctuations in the company's business.

## COMPANY DESCRIPTION

**BIDZ.com, Inc.** is an online auction site for jewelry featuring items such as bracelets, earrings, necklaces, rings, watches, art and collectibles. The company's inventory includes gold, platinum, and silver jewelry set with diamonds, precious stones such as rubies and emeralds and semi-precious stones. Items are sold on the company's website, **www.bidz.com**, through a distinctive auction format, running 24 hours a day, seven days a week.

## MENTIONED COMPANIES

BIDZ.com, Inc.                                                                                                                                    Company Note - March 10, 2010

**Bidz.com, Inc.**
**BIDZ**
Income Statement
FYE: Dec
($ in Millions, except share amounts)

| | 1QA Mar-07 | 2QA Jun-07 | 3QA Sep-07 | 4QA Dec-07 | FY2007A | 1QA Mar-08 | 2QA Jun-08 | 3QA Sep-08 | 4QA Dec-08 | FY2008A | 1QA Mar-09 | 2QA Jun-09 | 3QA Sep-09 | 4QA Dec-09 | FY2009A | 1QE Mar-10 | 2QE Jun-10 | 3QE Sep-10 | 4QE Dec-10 | FY2010E | FY2011E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Merchandise Sales | 44.639 | 39.049 | 39.973 | 63.169 | 186.830 | 61.811 | 54.815 | 55.270 | 35.078 | 206.975 | 30.891 | 26.859 | 24.712 | 27.385 | 109.847 | 26.690 | 24.912 | 24.013 | 31.610 | 107.225 | 119.941 |
| Other Revenue | 0.085 | 0.074 | 0.078 | 0.064 | 0.301 | 0.118 | 0.171 | 0.086 | 0.061 | 0.435 | 0.286 | 0.086 | 0.074 | 0.102 | 0.548 | 0.110 | 0.113 | 0.115 | 0.119 | 0.457 | 0.476 |
| **Total Sales** | **44.724** | **39.123** | **40.051** | **63.233** | **187.131** | **61.929** | **54.986** | **55.356** | **35.139** | **207.410** | **31.177** | **26.945** | **24.786** | **27.487** | **110.395** | **26.800** | **25.025** | **24.128** | **31.729** | **107.682** | **120.417** |
| Cost of Revenue | 33.596 | 28.249 | 27.356 | 43.482 | 132.683 | 43.893 | 39.668 | 42.062 | 23.064 | 148.688 | 20.991 | 18.710 | 17.622 | 19.345 | 76.668 | 19.832 | 17.768 | 17.131 | 22.528 | 77.258 | 83.602 |
| **Gross Profit** | **11.128** | **10.874** | **12.695** | **19.751** | **54.448** | **18.036** | **15.318** | **13.294** | **12.075** | **58.722** | **10.186** | **8.235** | **7.164** | **8.142** | **33.727** | **6.968** | **7.257** | **6.997** | **9.201** | **30.424** | **36.815** |
| **Operating Expenses:** | | | | | | | | | | | | | | | | | | | | | |
| General and Administrative | 4.843 | 4.985 | 4.945 | 5.684 | 20.458 | 5.907 | 5.680 | 5.267 | 4.355 | 21.209 | 4.861 | 4.748 | 4.644 | 5.192 | 19.445 | 4.422 | 4.505 | 4.102 | 5.235 | 18.264 | 18.075 |
| Sales and Marketing | 2.600 | 2.019 | 2.406 | 5.552 | 12.578 | 4.199 | 3.131 | 2.315 | 3.037 | 12.681 | 2.605 | 2.127 | 2.235 | 2.172 | 9.139 | 2.278 | 2.077 | 1.810 | 1.904 | 8.068 | 8.651 |
| Public Offering Costs | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Depreciation and Amortization | 0.074 | 0.113 | 0.160 | 0.152 | 0.498 | 0.162 | 0.172 | 0.171 | 0.185 | 0.690 | 0.180 | 0.193 | 0.200 | 0.222 | 0.795 | 0.201 | 0.188 | 0.181 | 0.238 | 0.808 | 0.903 |
| **Total Operating Expenses** | **7.517** | **7.117** | **7.511** | **11.388** | **33.534** | **10.268** | **8.983** | **7.753** | **7.577** | **34.580** | **7.646** | **7.068** | **7.079** | **7.586** | **29.379** | **6.901** | **6.769** | **6.092** | **7.377** | **27.140** | **27.629** |
| **Income from Operations** | **3.611** | **3.757** | **5.184** | **8.363** | **20.914** | **7.768** | **6.335** | **5.541** | **4.498** | **24.142** | **2.540** | **1.167** | **0.085** | **0.556** | **4.348** | **0.067** | **0.488** | **0.905** | **1.824** | **3.284** | **9.186** |
| Other Income - Interest Income | 0.001 | 0.003 | 0.028 | 0.008 | 0.040 | 0.013 | 0.010 | 0.001 | 0.016 | 0.040 | 0.002 | 0.000 | 0.000 | 0.000 | 0.002 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 | 0.000 |
| Other Expense - Interest (Expense) | (0.082) | (0.082) | (0.001) | (0.126) | (0.291) | (0.011) | (0.080) | (0.084) | (0.006) | (0.182) | (0.011) | (0.003) | (0.018) | (0.042) | (0.074) | (0.043) | (0.044) | (0.045) | (0.045) | (0.177) | (0.191) |
| **Income Before Income Tax Expense** | **3.530** | **3.678** | **5.211** | **8.245** | **20.664** | **7.770** | **6.265** | **5.458** | **4.508** | **24.000** | **2.531** | **1.164** | **0.067** | **0.514** | **4.276** | **0.024** | **0.444** | **0.860** | **1.779** | **3.108** | **8.995** |
| Income Tax Expense | 0.095 | 0.763 | 1.648 | 0.032 | 2.538 | 3.165 | 2.650 | 2.199 | 1.584 | 9.597 | 1.016 | 0.544 | 0.028 | 0.226 | 1.814 | 0.010 | 0.187 | 0.361 | 0.747 | 1.305 | 3.778 |
| **Net Income** | **3.435** | **2.915** | **3.563** | **8.213** | **18.126** | **4.605** | **3.615** | **3.259** | **2.924** | **14.403** | **1.515** | **0.620** | **0.039** | **0.288** | **2.462** | **0.014** | **0.258** | **0.499** | **1.032** | **1.802** | **5.217** |
| **Earnings Per Share - Diluted** | **$0.14** | **$0.12** | **$0.14** | **$0.29** | **$0.69** | **$0.18** | **$0.14** | **$0.13** | **$0.13** | **$0.57** | **$0.07** | **$0.03** | **$0.00** | **$0.01** | **$0.11** | | | | | | |
| **Fully Taxed EPS** | **$0.09** | **$0.09** | **$0.12** | **$0.17** | **$0.47** | **$0.18** | **$0.14** | **$0.13** | **$0.13** | **$0.57** | **$0.07** | **$0.03** | **$0.00** | **$0.01** | **$0.11** | **$0.00** | **$0.01** | **$0.02** | **$0.05** | **$0.08** | **$0.23** |
| Weighted average number of shares outstanding - basic | 23.246 | 23.272 | 23.593 | 24.150 | 23.568 | 24.538 | 23.828 | 23.523 | 23.312 | 23.798 | 22.899 | 22.937 | 22.207 | 22.114 | 22.539 | | | | | | |
| Weighted average number of shares outstanding - diluted | 23.725 | 24.147 | 26.325 | 28.507 | 26.266 | 25.829 | 25.739 | 25.213 | 23.313 | 25.070 | 22.899 | 22.937 | 22.207 | 22.114 | 22.539 | 22.200 | 22.200 | 22.200 | 22.200 | 22.200 | 22.200 |
| **EBITDA** | **3.685** | **3.870** | **5.344** | **8.515** | **21.414** | **7.930** | **6.507** | **5.712** | **4.683** | **24.832** | **2.720** | **1.360** | **0.285** | **0.778** | **5.143** | **0.268** | **0.676** | **1.086** | **2.062** | **4.092** | **10.089** |
| **Income Statement ratios & assumptions (% of Sales)** | | | | | | | | | | | | | | | | | | | | | |
| Gross Margin | 24.88 | 27.79 | 31.70 | 31.24 | 29.10 | 29.12 | 27.86 | 24.02 | 34.36 | 28.31 | 32.67 | 30.56 | 28.90 | 29.62 | 30.55 | 26.00 | 29.00 | 29.00 | 29.00 | 28.25 | 30.57 |
| General and Admin | 10.83 | 12.74 | 12.35 | 8.99 | 10.93 | 9.54 | 10.33 | 9.51 | 12.39 | 10.23 | 15.59 | 17.62 | 18.74 | 18.89 | 17.61 | 16.50 | 18.00 | 17.00 | 16.50 | 16.96 | 15.01 |
| Sales and Marketing | 5.81 | 5.16 | 6.01 | 8.78 | 6.72 | 6.78 | 5.69 | 4.18 | 8.64 | 6.11 | 8.36 | 7.89 | 9.02 | 7.90 | 8.28 | 8.50 | 8.30 | 7.50 | 6.00 | 7.49 | 7.18 |
| Depreciation and Amortization | 0.17 | 0.29 | 0.40 | 0.24 | 0.27 | 0.26 | 0.31 | 0.31 | 0.53 | 0.33 | 0.58 | 0.72 | 0.81 | 0.81 | 0.72 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 | 0.75 |
| Total Operating Expenses | 16.81 | 18.19 | 18.75 | 18.01 | 17.92 | 16.58 | 16.34 | 14.01 | 21.56 | 16.67 | 24.52 | 26.23 | 28.56 | 27.60 | 26.61 | 25.75 | 27.05 | 25.25 | 23.25 | 25.20 | 22.94 |
| Operating Margin | 8.07 | 9.60 | 12.94 | 13.23 | 11.18 | 12.54 | 11.52 | 10.01 | 12.80 | 11.64 | 8.15 | 4.33 | 0.34 | 2.02 | 3.94 | 0.25 | 1.95 | 3.75 | 5.75 | 3.05 | 7.63 |
| EBITDA Margin | 8.24 | 9.89 | 13.34 | 13.47 | 11.44 | 12.80 | 11.83 | 10.32 | 13.33 | 11.97 | 8.72 | 5.05 | 1.15 | 2.83 | 4.66 | 1.00 | 2.70 | 4.50 | 6.50 | 3.80 | 8.38 |
| Pretax Margin | 7.89 | 9.40 | 13.01 | 13.04 | 11.04 | 12.55 | 11.39 | 9.86 | 12.83 | 11.57 | 8.12 | 4.32 | 0.27 | 1.87 | 3.87 | 0.09 | 1.78 | 3.57 | 5.61 | 2.89 | 7.47 |
| Net Margin | 7.68 | 7.45 | 8.90 | 12.99 | 9.69 | 7.44 | 6.57 | 5.89 | 8.32 | 6.94 | 4.86 | 2.30 | 0.16 | 1.05 | 2.23 | 0.05 | 1.03 | 2.07 | 3.25 | 1.67 | 4.33 |
| Tax Rate | 2.69 | 20.74 | 31.63 | 0.39 | 12.28 | 40.73 | 42.30 | 40.29 | 35.14 | 39.99 | 40.14 | 46.74 | 41.79 | 43.97 | 42.42 | 42.00 | 42.00 | 42.00 | 42.00 | 42.00 | 42.00 |
| **YOY % changes** | | | | | | | | | | | | | | | | | | | | | |
| Sales Gain | 28.91 | 20.62 | 48.00 | 68.02 | 41.96 | 38.47 | 40.55 | 38.21 | (44.43) | 10.84 | (49.66) | (51.00) | (55.22) | (21.78) | (46.77) | (14.04) | (7.12) | (2.65) | 15.43 | (2.46) | 11.83 |
| Gross Profit | 21.25 | 41.42 | 90.56 | 157.81 | 74.57 | 62.08 | 40.87 | 4.72 | (38.86) | 7.85 | (43.52) | (46.24) | (46.11) | (32.57) | (42.56) | (31.59) | (11.87) | (2.33) | 13.01 | (9.79) | 21.01 |
| General and Admin | 44.48 | 44.79 | 62.02 | 41.85 | 47.68 | 21.97 | 13.94 | 6.51 | (23.38) | 3.67 | (17.71) | (16.41) | (11.83) | 19.22 | (8.32) | (9.03) | (5.13) | (11.68) | 0.83 | (6.08) | (1.03) |
| Sales and Marketing | 8.02 | (28.86) | (4.94) | 120.06 | 22.12 | 61.50 | 55.08 | (3.78) | (45.30) | 0.82 | (37.96) | (32.07) | (3.46) | (28.48) | (27.93) | (12.55) | (2.35) | (19.03) | (12.35) | (11.71) | 7.22 |
| Operating Expenses | 29.31 | (6.10) | 32.77 | 70.89 | 30.42 | 36.60 | 26.22 | 3.22 | (33.47) | 3.12 | (25.54) | (21.32) | (8.69) | 0.12 | (15.04) | (9.74) | (4.23) | (13.94) | (2.76) | (7.62) | 1.80 |
| Operating Income | 7.31 | 3,315.45 | 415.82 | 738.82 | 281.85 | 115.12 | 68.62 | 6.89 | (46.22) | 15.43 | (67.30) | (81.58) | (98.47) | (87.64) | (81.99) | (97.36) | (58.18) | 964.47 | 228.15 | (24.47) | 179.70 |
| EBITDA | 7.78 | 2,086.44 | 395.27 | 692.09 | 272.42 | 115.20 | 68.14 | 6.89 | (45.00) | 15.96 | (65.70) | (79.10) | (95.01) | (83.39) | (79.29) | (90.15) | (50.32) | 280.97 | 165.09 | (20.44) | 146.57 |
| Pretax Income | 4.38 | 2,335.76 | 408.89 | 766.07 | 275.10 | 120.11 | 70.34 | 4.74 | (45.32) | 16.14 | (67.43) | (81.42) | (98.77) | (85.60) | (82.18) | (99.05) | (61.83) | 1183.92 | 246.10 | (27.32) | 189.44 |
| Net Income | 4.34 | 1,882.99 | 257.37 | 761.80 | 236.35 | 34.06 | 24.01 | (8.53) | (64.40) | (20.54) | (67.10) | (82.85) | (98.80) | (90.15) | (82.91) | (99.08) | (58.44) | 1179.31 | 258.26 | (26.79) | 189.44 |
| EPS | 4.79 | 1,856.27 | 223.11 | 617.98 | 204.66 | 23.14 | 16.34 | (4.50) | (56.47) | (16.75) | (62.89) | (80.75) | (98.64) | (89.62) | (80.99) | (99.05) | (57.06) | 1,179.71 | 256.88 | (25.67) | 189.44 |
| **Metrics** | | | | | | | | | | | | | | | | | | | | | |
| **Average Order Value** | **$154** | **$171** | **$173** | **$169** | **$167** | **$182** | **$183** | **$175** | **$169** | **$177** | **$181** | **$180** | **$187** | **$189** | **$184** | **$185** | **$176** | **$187** | **$195** | **$186** | **$193** |
| YOY % change | 8.5% | 28.6% | 39.5% | 37.4% | 27.8% | 18.2% | 7.0% | 1.2% | 0.0% | 6.3% | -0.5% | -1.6% | 6.9% | 11.8% | 3.9% | 2.0% | -2.0% | 0.0% | 3.0% | 0.8% | 3.7% |
| **Average Order Per Day** | **3,317** | **2,678** | **2,699** | **4,443** | **3,284** | **3,734** | **3,023** | **2,453** | **2,462** | **2,918** | **2,043** | **1,712** | **1,465** | **1,564** | **1,696** | **1,737** | **1,678** | **1,509** | **1,908** | **1,708** | **1,837** |
| YOY % change | 14.3% | -5.4% | 4.3% | 18.3% | 8.8% | 12.6% | 12.9% | -9.1% | -44.6% | -11.2% | -45.3% | -43.4% | -40.3% | -36.5% | -41.9% | -15.0% | -2.0% | 3.0% | 22.0% | 0.7% | 7.6% |
| **Acquisition Cost per New Buyer** | **$45** | **$38** | **$43** | **$51** | **$44** | **$50** | **$48** | **$43** | **$51** | **$48** | **$51** | **$55** | **$65** | **$48** | **$55** | | | | | | |
| YOY % change | 18.4% | -22.4% | -15.7% | 41.7% | 1.7% | 11.1% | 26.3% | 0.0% | 0.0% | 8.5% | 2.0% | 14.6% | 51.2% | -5.9% | 14.1% | | | | | | |
| **Number of New Buyers** | **58,056** | **53,637** | **55,423** | **109,883** | **276,999** | **83,179** | **64,882** | **54,072** | **59,500** | **261,633** | **51,021** | **38,577** | **34,252** | **45,405** | **169,255** | | | | | | |
| YOY % change | -8.7% | -6.8% | 12.2% | 56.0% | 15.0% | 43.3% | 21.0% | -2.4% | -45.9% | -5.5% | -38.7% | -40.5% | -36.7% | -23.7% | -35.3% | | | | | | |

*Sources: Company reports and Roth Capital Partners estimates.*

## Disclosures:

ROTH makes a market in shares of BIDZ.com, Inc. and as such, buys and sells from customers on a principal basis.



Each box on the Rating and Price Target History chart above represents a date on which an analyst made a change to a rating or price target, except for the first box, which may only represent the first note written during the past three years. **Distribution Ratings/IB Services** shows the number of companies in each rating category from which Roth or an affiliate received compensation for investment banking services in the past 12 month.

**Distribution of IB Services Firmwide**

| Rating | Count | Percent | IB Serv./Past 12 Mos. as of 03/10/10 Count | Percent |
|---|---|---|---|---|
| **BUY [B]** | 170 | 72.3 | 29 | 17.1 |
| **HOLD [H]** | 61 | 26.0 | 0 | 0 |
| **SELL [S]** | 4 | 1.7 | 0 | 0 |
| **NOT RATED [NR]** | 0 | 0.0 | 0 | 0 |

Our rating system attempts to incorporate industry, company and/or overall market risk and volatility. Consequently, at any given point in time, our investment rating on a stock and its implied price movement may not correspond to the stated 12-month price target.

Ratings System Definitions - ROTH employs a rating system based on the following:

**Buy**: A security, which at the time the rating is instituted and or reiterated, indicates an expectation of a total return of at least 10% over the next 12 months.

**Hold**: A security, which at the time the rating is instituted and or reiterated, indicates an expectation of a total return between negative 10% and 10% over the next 12 months.

**Sell**: A security, which at the time the rating is instituted and or reiterated, indicates an expectation that the price will depreciate by more than 10% over the next 12 months.

**Not Rated**: A security which at the time the rating is instituted and or reiterated, indicates that we have no opinion or expectations as to the price of the security over the next 12 months.

**Not Covered (NC):** ROTH does not publish research or have an opinion about this security.

ROTH Capital Partners, LLC expects to receive or intends to seek compensation for investment banking or other business relationships with the covered companies mentioned in this report in the next three months.The material, information and facts discussed in this report other than the information regarding ROTH Capital Partners, LLC and its affiliates, are from sources believed to be reliable, but are in no way guaranteed to be complete or accurate. This report should not be used as a complete analysis of the company, industry or security discussed in the report. Additional information is available upon request. This is not, however, an offer or solicitation of the securities discussed. Any opinions or estimates in this report are

subject to change without notice. An investment in the stock may involve risks and uncertainties that could cause actual results to differ materially from the forward-looking statements. Additionally, an investment in the stock may involve a high degree of risk and may not be suitable for all investors. No part of this report may be reproduced in any form without the express written permission of ROTH. Copyright 2009. Member: FINRA/SIPC.